# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 2:25-MJ-001 |
| | MAGISTRATE JUDGE JOLSON |
| Brent Carney, | |
| Defendant. | |

## MOTION TO DISMISS

Now comes the United States of America, by and through undersigned counsel, and respectfully requests the Court to Dismiss this case.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*s/Tyler Aagard*
TYLER AAGARD (NC 54735)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Tyler.Aagard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's motion was served today, August 11, 2025, upon Brent Carney by United States First Class Mail at 4714 Tarryton Ct S Apt 1K, Columbus, OH 43228.

*s/Tyler Aagard*
TYLER AAGARD (NC 54735)
Assistant United States Attorney