## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

              **Plaintiff,**

   **v.**

**Brent Carney,**

              **Defendant.**

**CASE NO. 2:25-MJ-001**

**MAGISTRATE JUDGE JOLSON**

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson
_____
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/13/2025
_____
**DATE**